SETH H. SCHAUMBURG

VERSUS

PARISH OF JEFFERSON

NO. 19-CA-140

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

March 09, 2020

Susan Buchholz
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Jude G. Gravois, and Stephen J. Windhorst

**REHEARING DENIED**

**FHW**
**JGG**
**SJW**

**REHEARING DENIED**

Defendants' arguments in the application for rehearing have already been fully raised, analyzed, and discussed in this Court's opinion on appeal. The application is accordingly denied.

Furthermore, with regard to the issue raised in the application for rehearing as to whether the trial court properly took judicial notice of the compliance orders attached as exhibits to Defendants' exceptions, the compliance orders are not in the same category with documents filed into the conveyance records and prior proceedings within the same case or same court. *See Long v. Minton*, 01-1361 (La. App. 3 Cir. 3/6/02), 809 So.2d 1242, 1243 (appellate court took judicial notice of pleadings in previously filed action for purposes of *res judicata* analysis); *Mecom v. Mueller*, 235 So.2d 597, 599 (La. App. 4 Cir. 1970) (sale of property evidenced in public records); *State v. Batiste*, 96-0526 (La. App. 3 Cir. 12/11/96), 687 So.2d 499, 503 (trial court took judicial notice of its own official minutes). Regardless, as this Court pointed out in footnote three of the opinion, the substance of the compliance orders is immaterial to our evaluation of whether the Plaintiff's right of action was precluded by the citizen suit provision of the Louisiana Environmental Quality Act. La. R.S. 30:2026. Even if the compliance orders had been properly introduced and admitted into evidence, our interpretation of the statute and the outcome reached by the opinion would remain the same.

Because the application for rehearing is denied, Defendants' subsequent "Motion to File Brief in Support of Rehearing" and "Motion for Extension of Time to File Brief in Support of Rehearing" are rendered moot.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>03/09/2020</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**19-CA-140**

### E-NOTIFIED

Val P. Exnicios (Appellant)
William Peter Connick (Appellee)
William A. Barousse (Appellee)
David R. Taggart (Appellee)

Bruce C. Betzer, Jr. (Appellant)
Matthew D. Moghis (Appellee)
Jonathan S. Ord (Appellee)

### MAILED

Kelsey L. Zeitzer (Attorney)
1100 Poydras Street
Suite 1700
New Orleans, LA 70163

Honorable Max N. Tobias, Jr. (Attorney)
Warren S. Mike Newton (Attorney)
Frances L. Radcliff (Attorney)
1515 Poydras Street
Suite 1400
New Orleans, LA 70112

John B. Stanton (Attorney)
1100 Poydras Street
Suite 2700
New Orleans, LA 70163

Douglas S. Hammel (Attorney)
3129 Bore Street
Metairie, LA 70001

Dean J. Favret (Attorney)
Anthony J. Russo (Attorney)
Angela C. Imbornone (Attorney)
Seth H. Schaumburg (Attorney)
Lauren A. Favret (Attorney)
1515 Poydras St.
Suite 1400
New Orleans, LA 70112

Jackson M. Smith (Attorney)
J. Michael DiGiglia (Attorney)
701 Poydras Street
Suite 4800
New Orleans, LA 70139